**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re:<br><br>MERITAGE HOSPITALITY GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-02947 (JWB)<br><br>(Jointly Administered) |
| MERITAGE HOSPITALITY GROUP INC.<br>INSPIRED BY OPPORTUNITY, LLC<br>UNCOMMON HOSPITALITY, LLC<br>WEN GEORGIA, LLC<br>WEN OHIO, LLC<br>WEN OKLAHOMA, LLC<br>WEN SOUTH, LLC<br>WEN TENNESSEE, LLC<br>WEN VIRGINIA, LLC<br>WM LIMITED PARTNERSHIP−1998<br>MHG FOOD SERVICE, INC.<br>RES MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY IS OUR RECEIPE, LLC<br>THE WENDY'S COMPANY,<br><br>Defendants. | Adv. Pro. No. 26-80079 (JWB) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

**STIPULATED ORDER GRANTING**
**UNOPPOSED, JOINT MOTION TO INTERVENE,**
**BY CITY NATIONAL BANK AND OLD NATIONAL BANK**

This matter having come before the Court on the Unopposed, Joint Motion to Intervene filed by City National Bank and Old National Bank, with the Court having considered the Motion, and the Stipulation of the parties to this action, the Unopposed, Joint Motion to Intervene in the above-captioned action is GRANTED.

IT IS HEREBY ORDERED that City National Bank and Old National Bank are now Intervenors in this action, and the caption shall be updated to reflect same.

SO STIPULATED:

October 12, 2026

/s/ Lisa A. Hall (*with consent*)
Lisa A. Hall (P70200)
PLUNKETT COONEY
lhall@plunkettcooney.com

*-and-*

Paul J. Battista (*pro hac vice*)
Eric D. Jacobs (*pro hac vice*)
VENABLE LLP
PJBattista@Venable.com
EJacobs@Venable.com

*Attorneys for Old National Bank*

/s/ Paul A. Wilhelm
Paul A. Wilhelm (P69163)
BARNES & THORNBURG LLP
pwilhelm@btlaw.com

*-and-*

Frank W. DeBorde (*pro hac vice*)
Lisa Wolgast (*pro hac vice*)
BARNES & THORNBURG LLP
fdeborde@btlaw.com
lwolgast@btlaw.com

*Attorneys for City National Bank*

/s/ Scott N. Opincar (*with consent*)
Scott N. Opincar (Ohio Bar No. 0064027)
Michael J. Kaczka (Ohio Bar No. 0076548)
Maria G. Carr (Ohio Bar No. 0092412)
(*pro hac vice*)
McDonald Hopkins LLC
sopincar@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

Micah E. Marcus (IL Bar No. 6257569)
(*pro hac vice*)
McDonald Hopkins LLC
mmarcus@mcdonaldhopkins.com

*Proposed Counsel for the Debtors and Debtors in Possession / Plaintiffs*

/s/ A. Todd Almassian (*with consent*)
A. Todd Almassian (P55467)
Greg J. Ekdahl (P67768)
Nicholas S. Laue (P79260)
Sarah A. LaSata (P86415)
talmassian@kalawgr.com
gekdahl@kalawgr.com
nlaue@kalawgr.com
slasata@kalawgr.com

*-and-*

Nathan A. Haynes (*pro hac vice*)
GREENBERG TRAURIG, LLP
HaynesN@gtlaw.com

*Attorneys for Defendants*

[END OF ORDER]

**IT IS SO ORDERED.**

**Dated October 19, 2026**

James W. Boyd
United States Bankruptcy Judge