**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re:<br><br>MERITAGE HOSPITALITY GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-02947 (JWB)<br><br>(Jointly Administered) |
| MERITAGE HOSPITALITY GROUP INC.<br>INSPIRED BY OPPORTUNITY, LLC<br>UNCOMMON HOSPITALITY, LLC<br>WEN GEORGIA, LLC<br>WEN OHIO, LLC<br>WEN OKLAHOMA, LLC<br>WEN SOUTH, LLC<br>WEN TENNESSEE, LLC<br>WEN VIRGINIA, LLC<br>WM LIMITED PARTNERSHIP−1998<br>MHG FOOD SERVICE, INC.<br>RES MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY IS OUR RECEIPE, LLC<br>THE WENDY’S COMPANY,<br><br>Defendants. | Adv. Pro. No. 26-80079 (JWB) |

**STIPULATED ORDER GRANTING UNOPPOSED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO INTERVENE**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor’s federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

This matter having come before the Court on the *Unopposed Motion of the Official Committee of Unsecured Creditors to Intervene in this Adversary Proceeding* (the "Motion"), filed by the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors" or the "Plaintiffs"), pursuant to sections 105, 1103(c), and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rule 24 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable by Rule 7024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking entry of an order authorizing the Committee to intervene in the above-captioned adversary proceeding (the "Adversary Proceeding"); and the Court having reviewed the Motion, the stipulation of the parties to this Adversary Proceeding, and the record in this case, it is

**HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Committee shall be and hereby is permitted to intervene, appear, participate, and be heard in this Adversary Proceeding.

3. The Committee shall be and hereby is an intervenor in this Adversary Proceeding, and the caption shall be updated to reflect same.

*(the remainder of this page has intentionally been left blank)*

4. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

**END OF ORDER**

SO STIPULATED: October 9, 2026

*/s/ David M. Posner (with consent)*
David M. Posner (NY2291953)
Gianfranco Finizio (NY4843751)
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
dposner@lowenstein.com
gfinizio@lowenstein.com
*Proposed Counsel to the Official Committee of Unsecured Creditors*

*/s/ Scott N. Opincar (with consent)*
Scott N. Opincar (Ohio Bar No. 0064027)
Michael J. Kaczka (Ohio Bar No. 0076548)
Maria G. Carr (Ohio Bar No. 0092412) (*pro hac vice*)
McDonald Hopkins LLC
600 Superior Avenue, East, Suite 2100
Cleveland, Ohio 44114
sopincar@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

Micah E. Marcus (IL Bar No. 6257569) (*pro hac vice*)
McDonald Hopkins LLC
300 N. LaSalle, Suite 1400
Chicago, IL 60654
mmarcus@mcdonaldhopkins.com
*Proposed Counsel for the Debtors and Debtors in Possession / Plaintiffs*

*/s/ A. Todd Almassian (with consent)*
A. Todd Almassian (P55467)
Greg J. Ekdahl (P67768)
Nicholas S. Laue (P79260)
Sarah A. LaSata (P86415)
230 E. Fulton Street
Grand Rapids, MI 49503
talmassian@kalawgr.com
gekdahl@kalawgr.com
nlaue@kalawgr.com
slasata@kalawgr.com

*-and-*

Nathan A. Haynes (*pro hac vice*)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
HaynesN@gtlaw.com
*Attorneys for Defendants*

**Prepared and Submitted By:**

**LOWENSTEIN SANDLER LLP**
David M. Posner (NY2291953)
Gianfranco Finizio (NY4843751)
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
(212) 262-6700
dposner@lowenstein.com
gfinizio@lowenstein.com
*Proposed Counsel to the Official Committee of Unsecured Creditors*

**IT IS SO ORDERED.**

**Dated October 19, 2026**

UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF MICHIGAN

James W. Boyd
United States Bankruptcy Judge